ELIAS EWING, Respondent, v. EMMETT DAVIS, Appellant.— Judgment and order unanimously affirmed, with costs. Errors, if any, are disregarded, under section 106 of the Civil Practice Act, on the ground that they do not affect the substantial rights of the parties.

MINNIE FISH, Appellant, v. VILLAGE OF TICONDEROGA, Respondent.— Order unanimously affirmed, with costs.

ELIZABETH A. FULLMER, Respondent, v. ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Errors, if any, are disregarded, under section 106 of the Civil Practice Act, on the ground that they do not affect the substantial rights of the parties.

JAMES D. GILCHREST, Appellant, v. WESLEY M. EMERY, Respondent. THE SODEN AGENCY, INC., Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

WILLIAM W. GREGG and BOYED TITSWORTH, Appellants, v. J. NORTON WOOD and Others, as Mayor, Health Officer and as Members of the Board of Health of the City of Elmira, N. Y., Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

HALL & LYON FURNITURE COMPANY, Respondent, v. ARTHUR M. TORREY and MAX E. TORREY, Appellants.— Judgment unanimously affirmed, with costs.

JENNIE S. HORTON, Appellant, v. CHARLES RAWLEY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

F. KIESER & SON CO., INC., Appellant, v. RICHARD E. SMITH, Respondent.— Judgment unanimously affirmed, with costs.

EDWARD LAGOY, as Administrator, etc., of NELSON LAGOY, Deceased, Appellant, v. THE DIRECTOR-GENERAL OF RAILROADS and Agent Designated by the President of the United States under Section 206 of the Transportation Act of 1920,* Respondent.— Order affirmed, with costs. All concur, except Hasbrouck, J., dissenting on the ground that the negligence of the defendant found by the jury placed the passenger Lagoy in a situation of great danger which required the exercise of judgment in order to extricate himself; that he erred in judgment is no reason for holding him guilty of contributory negligence.

In the Matter of the Application of M. PETERS for Admission to the Bar.— Application denied.

In the Matter of the Transfer Tax upon the Estate of JOSEPHINE REESE, Deceased.— Order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS JOHN McCABE, Deceased, Claimant, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.